IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SOLOMAO G. ABUTRABE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:14-cv-0556-LSC-JEO |
| ) | |
| ATTORNEY GENERAL, et al., ) | |
| ) | |
| Respondents. ) | |

### MEMORANDUM OF OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. The *pro se* Petitioner challenges his continued detention pending removal pursuant to the Immigration and Nationality Act. The cause now comes to be heard on the Respondents' motion to dismiss the case as moot. (Doc. 10). The court concludes that the motion is due to be granted.

In support of their motion, the Respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by a Supervisory Detention and Deportation Officer of the U.S. Immigration and Customs Enforcement facility at Gadsden, Alabama. (Doc. 10-1). In that declaration it is shown that Petitioner was removed from the United States on April 4, 2016. (*Id.*) Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, this matter is due to be dismissed as moot. A separate final order will be entered.

Done this 11th day of <u>April 2016</u>.

_____<br>
L. Scott Coogler<br>
United States District Judge<br>
[160704]